# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12211

**Andrea E. Celli, Esq.**
**Trustee**
**Diane Davis, Esq.**
**Assoc. Attorney**

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

November 17, 2009

Bankruptcy Court
The Atrium
100 South Salina Street
Suite 310
Syracuse, New York 13202

Re:    07-30519            Michael & Cynthia Bevens

To Whom It May Concern:

    Enclosed please find check #**919417** in the amount of **$0.01**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

    Claim No.         Debtor refund

    Account#

    Address          Michael & Cynthia Bevens
                        POB 208
                        Great Bend, NY 13643

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli