# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

### 350 Northern Boulevard, Albany, New York 12204

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>**Trustee**<br>**Diane Davis, Esq.**<br>**Assoc. Attorney** | **Telephone: (518) 449-2043**<br>**Facsimile: (518) 449-2473** | **For payments Only:**<br>**P.O Box 1918**<br>**Memphis, TN  38101-1918** |

November 17, 2009

Bankruptcy Court
The Atrium
100 South Salina Street
Suite 310
Syracuse, New York 13202

Re:     07-30519        Michael & Cynthia Bevens

*rec'd mail 11/23/09*

To Whom It May Concern:

Enclosed please find check #**919416** in the amount of **$7.05**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds.  The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 14 |
| Account# | 1150032360986 |
| Creditor | Sears<br>7920 NW 110th Street<br>Kansas City, MO 64153 |

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli

**RECEIVED**

NOV 23 2009

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY